/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
Phone: 602.277.8996
Email: *mail@ch13bk.com*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

MICHAEL CHRISTOPHER KIDD and
CHRISTIE LEE KIDD,

10905 WEST LANE AVENUE
GLENDALE, AZ 85307

Chapter 13

Case No. 2-17-bk-08811 DPC

**TRUSTEE'S 2018 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS**

Debtors.

This is an annual status report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. Debtors may view their case information through the National Data Center; sign up at www.ndc.org. If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If you have a general question about the bankruptcy process, go to the Trustee's website at www.chapter13.info. For a question about a receipt, provide the Trustee's office with a copy of the front <u>and</u> back of the receipt (unless the payment was made through TFS). Plan payments can be made online through www.tfsbillpay.com.

### Tax Returns

The Debtors likely are required by the plan or order confirming plan to provide their state and federal income tax returns to the Trustee. If the Debtors have not done so, then the Trustee is requesting that the Debtors or the Debtors' attorney do so and send the return(s), and pay any applicable tax refund, to the above address. Trustee has received the following returns, if any:

| 2015-FED-STATE | 2016-FED-STATE |
| 2017 FED-STATE | |

### Dates

Petition Date: 7/31/2017
Plan Payment Start Date: 8/30/2017
Plan Confirmed On: 1/22/2018
Last Payment Received: 9/10/2018
Last Disbursement Date: 8/29/2018

### Plan Payment Schedule

| Pmt Amt | Month # | | Month # |
|---------|---------|---------|---------|
| 458.00 | 1 | through | 60 |

### Debtor Attorney

DAVIS MILES MCGUIRE GARDNER
40 E. RIO SALADO PARKWAY, SUITE 425
TEMPE, AZ 85281
(480) 733-6800

### Plan Payments Received by Trustee or Payment Refunds

*Covers receipts posted September 1, 2016, through August 31, 2018.*

Plan payments are current.

The total amount of plan payments received: $6,412.00
The amount of trustee fee taken on receipts: $410.81
Amount of Undistributed Funds: $222.14

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|------|------|--------|------|------|--------|------|------|--------|
| 8/31/18 | TFS | 114.50 | 8/24/18 | TFS | 114.50 | 8/17/18 | TFS | 114.50 |
| 8/10/18 | TFS | 114.50 | 8/3/18 | TFS | 114.50 | 7/27/18 | TFS | 114.50 |
| 7/20/18 | TFS | 114.50 | 7/13/18 | TFS | 114.50 | 7/9/18 | TFS | 114.50 |
| 6/29/18 | TFS | 114.50 | 6/22/18 | TFS | 114.50 | 6/15/18 | TFS | 114.50 |
| 6/8/18 | TFS | 114.50 | 6/4/18 | TFS | 114.50 | 5/25/18 | TFS | 114.50 |
| 5/18/18 | TFS | 114.50 | 5/11/18 | TFS | 114.50 | 5/4/18 | TFS | 114.50 |
| 4/27/18 | TFS | 114.50 | 4/20/18 | TFS | 114.50 | 4/13/18 | TFS | 114.50 |
| 4/6/18 | TFS | 114.50 | 3/30/18 | TFS | 114.50 | 3/23/18 | TFS | 114.50 |
| 3/16/18 | TFS | 114.50 | 3/9/18 | TFS | 114.50 | 3/2/18 | TFS | 114.50 |
| 2/26/18 | TFS | 114.50 | 2/16/18 | TFS | 114.50 | 2/9/18 | TFS | 114.50 |
| 2/2/18 | TFS | 114.50 | 1/26/18 | TFS | 114.50 | 1/22/18 | TFS | 114.50 |
| 1/12/18 | TFS | 114.50 | 1/8/18 | TFS | 114.50 | 1/2/18 | TFS | 114.50 |
| 12/22/17 | TFS | 114.50 | 12/15/17 | TFS | 114.50 | 12/8/17 | TFS | 114.50 |
| 12/1/17 | TFS | 114.50 | 11/27/17 | TFS | 114.50 | 11/17/17 | TFS | 114.50 |
| 11/10/17 | TFS | 114.50 | 11/3/17 | TFS | 114.50 | 10/27/17 | TFS | 114.50 |
| 10/20/17 | TFS | 114.50 | 10/16/17 | TFS | 114.50 | 10/10/17 | TFS | 458.00 |
| 9/8/17 | TFS | 458.00 | | | | | | |

*Disbursement information (payments to creditors) is on the next page.*

## Disbursements to Administrative Expenses / Claimants / Creditors

The Plan was confirmed on 1/22/2018. The Trustee's last disbursement was on 8/29/2018 and the amount paid out to date is $6,189.86. The amount of Trustee's percentage fee paid is $410.81.

| Pmt Seq | Creditor Name | Trustee or Court Claim No. | Last Pmt Date | Claim Class | Claim Type | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **13** | | | | | | | | | | | |
| | DAVIS MILES MCGUIRE GARDNER | | 8/29/18 | L | | 4,955.41 | 4,955.41 | | 0.00 | 4,955.41 | **0.00** |
| **24** | | | | | | | | | | | |
| | NEVADA WEST FINANCIAL | 002 | 8/29/18 | S | V | 4,959.16 | 166.12 | 4.25 | 245.43 | 411.55 | **4,793.04** |
| | BAXTER CREDIT UNION | 018 | 8/29/18 | S | V | 5,000.00 | 164.55 | 4.25 | 247.54 | 412.09 | **4,835.45** |
| **33** | | | | | | | | | | | |
| | REGIONAL ACCEPTANCE CORP. | 001 | | U | | 6,511.40 | 0.00 | | 0.00 | 0.00 | **6,511.40** |
| | CAPITAL ONE BANK USA | 003 | | U | | 2,915.87 | 0.00 | | 0.00 | 0.00 | **2,915.87** |
| | PORTFOLIO RECOVERY ASSOCIATES LLC  ( | 004 | | U | | 2,628.77 | 0.00 | | 0.00 | 0.00 | **2,628.77** |
| | PORTFOLIO RECOVERY ASSOCIATES LLC  ( | 005 | | U | | 1,217.88 | 0.00 | | 0.00 | 0.00 | **1,217.88** |
| | PORTFOLIO RECOVERY ASSOCIATES LLC  ( | 006 | | U | | 685.52 | 0.00 | | 0.00 | 0.00 | **685.52** |
| | PORTFOLIO RECOVERY ASSOCIATES LLC  ( | 007 | | U | | 463.21 | 0.00 | | 0.00 | 0.00 | **463.21** |
| | NAVIENT SOLUTIONS, INC | 008 | | U | S | 2,758.22 | 0.00 | | 0.00 | 0.00 | **2,758.22** |
| | RESURGENT CAPITAL SERVICES | 009 | | U | | 2,603.00 | 0.00 | | 0.00 | 0.00 | **2,603.00** |
| | MIDLAND CREDIT MANAGEMENT | 010 | | U | | 1,502.80 | 0.00 | | 0.00 | 0.00 | **1,502.80** |
| | MIDLAND CREDIT MANAGEMENT | 011 | | U | | 540.71 | 0.00 | | 0.00 | 0.00 | **540.71** |
| | MIDLAND CREDIT MANAGEMENT | 012 | | U | | 776.64 | 0.00 | | 0.00 | 0.00 | **776.64** |
| | MIDLAND CREDIT MANAGEMENT | 013 | | U | | 1,693.21 | 0.00 | | 0.00 | 0.00 | **1,693.21** |
| | BECKET & LEE LLP | 014 | | U | | 727.61 | 0.00 | | 0.00 | 0.00 | **727.61** |
| | BECKET & LEE LLP | 015 | | U | | 508.73 | 0.00 | | 0.00 | 0.00 | **508.73** |
| | QUANTUM3 GROUP LLC | 016 | | U | | 724.27 | 0.00 | | 0.00 | 0.00 | **724.27** |
| | EMERGENCY GROUP OF ARIZONA PC | 017 | | U | | 254.45 | 0.00 | | 0.00 | 0.00 | **254.45** |
| **34** | *Trustee anticipates no payment or no further payment on these debts:* | | | | | | | | | | |
| | BAXTER CREDIT UNION | 018 # | | U | | 6,363.38 | 0.00 | | 0.00 | 0.00 | **6,363.38** |

(1) A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to the creditor.

(2) "#" refers to a claim that the Court has disallowed.

(3) **Class codes:** "C" = continuing payment;"L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured

(4) **Claim Type:** "A" = arrears; "E" = expense claim; "F" = 3002.1 expense; "M" = mortgage; "P" = personal property;
    "R" = residence; "V" = vehicle

*In re KIDD*          *Case No. 2-17-bk-08811-DPC*          *Page 2*

If the Trustee has an email address for the Debtors, then the Trustee sent the Annual Report by email. Else the Trustee sent a paper copy.