/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona  85012-1965
Phone: 602.277.8996

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL CHRISTOPHER KIDD and CHRISTIE LEE KIDD,<br><br>10905 WEST LANE AVENUE<br>GLENDALE, AZ 85307<br><br>Debtors. | Chapter 13<br><br>Case No. 2-17-bk-08811 DPC<br><br>**TRUSTEE'S 2019 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS** |

This is an annual status report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. Debtors may view their case information through the National Data Center; sign up at www.ndc.org. If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If you have a general question about the bankruptcy process, go to the Trustee's website at www.chapter13.info.

| **Dates** | **Plan Payment Schedule** | | | | **Tax Returns for 2018** |
|---|---|---|---|---|---|
| Petition Date: 7/31/2017<br>Plan Payment Start Date: 8/30/2017<br>Plan Confirmed On: 1/22/2018<br>Last Payment Received: 7/26/2019<br>Last Disbursement Date: 4/30/2019 | Pmt Amt | Month # | | Month # | *The Trustee has not received the 2018 income tax returns. The Trustee is making a request of the Debtor(s) for the returns to be provided within 14 days or the Trustee might file a motion to dismiss the case.* |
| | 458.00 | 1 | through | 18 | |
| | 300.00 | 19 | through | 60 | |

Disbursement information (payments to creditors) is on the next page.

## Plan Payments Received by Trustee or Payment Refunds

If a debtor has a question about a receipt not shown below, provide the Trustee with a copy of the front <u>and</u> back of the receipt (unless payment was made through TFS). Plan payments can be made online through www.tfsbillpay.com.

Plan payments are current.

The total amount of plan payments received: $10,735.00
The amount of trustee fee taken on receipts: $667.75
Amount of Undistributed Funds: $917.52

**Covers receipts posted July 26, 2017, through July 25, 2019.**

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/26/19 | TFS | 75.00 | 7/19/19 | TFS | 75.00 | 7/12/19 | TFS | 75.00 |
| 7/8/19 | TFS | 75.00 | 6/28/19 | TFS | 75.00 | 6/21/19 | TFS | 75.00 |
| 6/14/19 | TFS | 75.00 | 6/7/19 | TFS | 75.00 | 6/3/19 | TFS | 75.00 |
| 5/24/19 | TFS | 75.00 | 5/17/19 | TFS | 75.00 | 5/10/19 | TFS | 75.00 |
| 5/3/19 | TFS | 75.00 | 4/26/19 | TFS | 75.00 | 4/19/19 | TFS | 75.00 |
| 4/12/19 | TFS | 75.00 | 4/5/19 | TFS | 75.00 | 3/29/19 | TFS | 75.00 |
| 3/22/19 | TFS | 75.00 | 3/15/19 | TFS | 75.00 | 3/8/19 | TFS | 75.00 |
| 2/25/19 | TFS | 114.50 | 2/15/19 | TFS | 114.50 | 2/8/19 | TFS | 114.50 |
| 2/1/19 | TFS | 114.50 | 1/28/19 | TFS | 114.50 | 1/18/19 | TFS | 114.50 |
| 1/11/19 | TFS | 114.50 | 1/7/19 | TFS | 114.50 | 12/31/18 | TFS | 114.50 |
| 12/21/18 | TFS | 114.50 | 12/14/18 | TFS | 114.50 | 12/7/18 | TFS | 114.50 |
| 11/30/18 | TFS | 114.50 | 11/26/18 | TFS | 114.50 | 11/19/18 | TFS | 114.50 |
| 11/9/18 | TFS | 114.50 | 11/2/18 | TFS | 114.50 | 10/26/18 | TFS | 114.50 |
| 10/19/18 | TFS | 114.50 | 10/15/18 | TFS | 114.50 | 10/5/18 | TFS | 114.50 |
| 9/28/18 | TFS | 114.50 | 9/21/18 | TFS | 114.50 | 9/14/18 | TFS | 114.50 |
| 9/10/18 | TFS | 114.50 | 8/31/18 | TFS | 114.50 | 8/24/18 | TFS | 114.50 |
| 8/17/18 | TFS | 114.50 | 8/10/18 | TFS | 114.50 | 8/3/18 | TFS | 114.50 |
| 7/27/18 | TFS | 114.50 | 7/20/18 | TFS | 114.50 | 7/13/18 | TFS | 114.50 |
| 7/9/18 | TFS | 114.50 | 6/29/18 | TFS | 114.50 | 6/22/18 | TFS | 114.50 |
| 6/15/18 | TFS | 114.50 | 6/8/18 | TFS | 114.50 | 6/4/18 | TFS | 114.50 |
| 5/25/18 | TFS | 114.50 | 5/18/18 | TFS | 114.50 | 5/11/18 | TFS | 114.50 |
| 5/4/18 | TFS | 114.50 | 4/27/18 | TFS | 114.50 | 4/20/18 | TFS | 114.50 |
| 4/13/18 | TFS | 114.50 | 4/6/18 | TFS | 114.50 | 3/30/18 | TFS | 114.50 |
| 3/23/18 | TFS | 114.50 | 3/16/18 | TFS | 114.50 | 3/9/18 | TFS | 114.50 |
| 3/2/18 | TFS | 114.50 | 2/26/18 | TFS | 114.50 | 2/16/18 | TFS | 114.50 |
| 2/9/18 | TFS | 114.50 | 2/2/18 | TFS | 114.50 | 1/26/18 | TFS | 114.50 |
| 1/22/18 | TFS | 114.50 | 1/12/18 | TFS | 114.50 | 1/8/18 | TFS | 114.50 |
| 1/2/18 | TFS | 114.50 | 12/22/17 | TFS | 114.50 | 12/15/17 | TFS | 114.50 |
| 12/8/17 | TFS | 114.50 | 12/1/17 | TFS | 114.50 | 11/27/17 | TFS | 114.50 |
| 11/17/17 | TFS | 114.50 | 11/10/17 | TFS | 114.50 | 11/3/17 | TFS | 114.50 |
| 10/27/17 | TFS | 114.50 | 10/20/17 | TFS | 114.50 | 10/16/17 | TFS | 114.50 |
| 10/10/17 | TFS | 458.00 | 9/8/17 | TFS | 458.00 | | | |

## Disbursements to Administrative Expenses / Claimants / Creditors

The Plan was confirmed on 1/22/2018. The Trustee's last disbursement was on 4/30/2019 and the amount paid out to date is $9,817.48. The amount of Trustee's percentage fee paid is $667.75.

| Pmt Seq | Creditor Name | Trustee or Court Claim # | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | |
| | DAVIS MILES MCGUIRE GARDNER | | 8/29/18 | L | | 6,500.00 | 4,955.41 | | 0.00 | 4,955.41 | 1,544.59 |
| 24 | | | | | | | | | | | |
| | NEVADA WEST FINANCIAL | 002 | 4/30/19 | S | V | 4,959.16 | 1,730.07 | 4.25 | 360.02 | 2,090.09 | 3,229.09 |
| | BAXTER CREDIT UNION | 018 | 4/30/19 | S | V | 5,000.00 | 1,741.05 | 4.25 | 363.18 | 2,104.23 | 3,258.95 |
| 33 | | | | | | | | | | | |
| | REGIONAL ACCEPTANCE CORP. | 001 | | U | | 6,511.40 | 0.00 | | 0.00 | 0.00 | 6,511.40 |
| | CAPITAL ONE BANK USA | 003 | | U | | 2,915.87 | 0.00 | | 0.00 | 0.00 | 2,915.87 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 004 | | U | | 2,628.77 | 0.00 | | 0.00 | 0.00 | 2,628.77 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 005 | | U | | 1,217.88 | 0.00 | | 0.00 | 0.00 | 1,217.88 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 006 | | U | | 685.52 | 0.00 | | 0.00 | 0.00 | 685.52 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 007 | | U | | 463.21 | 0.00 | | 0.00 | 0.00 | 463.21 |
| | NAVIENT SOLUTIONS, INC | 008 | | U | S | 2,758.22 | 0.00 | | 0.00 | 0.00 | 2,758.22 |
| | RESURGENT CAPITAL SERVICES | 009 | | U | | 2,603.00 | 0.00 | | 0.00 | 0.00 | 2,603.00 |
| | MIDLAND CREDIT MANAGEMENT | 010 | | U | | 1,502.80 | 0.00 | | 0.00 | 0.00 | 1,502.80 |
| | MIDLAND CREDIT MANAGEMENT | 011 | | U | | 540.71 | 0.00 | | 0.00 | 0.00 | 540.71 |
| | MIDLAND CREDIT MANAGEMENT | 012 | | U | | 776.64 | 0.00 | | 0.00 | 0.00 | 776.64 |
| | MIDLAND CREDIT MANAGEMENT | 013 | | U | | 1,693.21 | 0.00 | | 0.00 | 0.00 | 1,693.21 |
| | BECKET & LEE LLP | 014 | | U | | 727.61 | 0.00 | | 0.00 | 0.00 | 727.61 |
| | BECKET & LEE LLP | 015 | | U | | 508.73 | 0.00 | | 0.00 | 0.00 | 508.73 |
| | QUANTUM3 GROUP LLC | 016 | | U | | 724.27 | 0.00 | | 0.00 | 0.00 | 724.27 |
| | EMERGENCY GROUP OF ARIZONA PC | 017 | | U | | 254.45 | 0.00 | | 0.00 | 0.00 | 254.45 |
| 34 | *Trustee anticipates no payment or no further payment on these debts:* | | | | | | | | | | |
| | BAXTER CREDIT UNION | 018 # | | U | | 6,363.38 | 0.00 | | 0.00 | 0.00 | 6,363.38 |

Explanation of codes:

(1) A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to the creditor.
(2) "#" refers to a claim that the Court has disallowed.
(3) Class codes: "C" = continuing payment; "L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured
(4) Claim Type: "A" = arrears; "E" = expense claim; "F" = 3002.1 expense; "M" = mortgage; "P" = personal property; "R" = residence; "V" = vehicle

*In re KIDD*  Case No. 2-17-bk-08811-DPC  Page 2

If the Trustee has an email address for the Debtors, then the Trustee sent the Annual Report by email. Else the Trustee sent a paper copy to the address appearing in the caption and to a separate mailing address for the joint debtor, if the Trustee has that information.